FILED US District Court-UT
MAY 03 '23 AM11:40

TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

---

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SIONE POUHA, aka "C ROC" and "CHUB ROC," <br><br> Defendant. | **I N D I C T M E N T** <br><br> VIOLATION: <br> Count I:  18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition. <br><br><br> Case: 2:23-cr-00170 <br> Assigned To : Campbell, Tena <br> Assign. Date : 5/2/2023 |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about April 30, 2023, in the District of Utah,

SIONE POUHA, aka "C ROC" and "CHUB ROC,"

defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, knowingly possessed a firearm and

ammunition, to wit: a Ruger 1911 .45 caliber semi-automatic pistol and ammunition, and the firearm and ammunition were in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

*Victoria K. McFarland*
VICTORIA K. McFARLAND
Assistant United States Attorney